Todd M. Friedman, Esq. (216752)
Darin Shaw, Esq. (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
dshaw@attorneysforconsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID HARRINGTON,** | ) Case No. 2:11-cv-01175-MCE -KJN |
| Plaintiff, | ) |
|  | ) **NOTICE OF VOLUNTARY** |
| vs. | ) **DISMISSAL WITH PREJUDICE** |
|  | ) |
| **ALLIED INTERSTATE, INC.** | ) |
| Defendant. | ) |
|  | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 6th day of June, 2011.

By:   s/Todd M. Friedman
        Todd M. Friedman, Esq.
        Law Offices of Todd M. Friedman, P.C.
        Attorney for Plaintiff

Notice of Dismissal - 1

1  Filed electronically on this 6th day of June, 2011, with:

2
3  United States District Court CM/ECF system

4  And hereby served upon all parties

5
6  Notification sent on this 6th day of June, 2011, via the ECF system to:

7  Honorable Morrison C. England, Jr.
   Judge of the United States District Court
8  Eastern District of California

9
10 Copy sent via mail on this 6th day of June, 2011, to:

11 Matthew B. Johnson, Esq.
12 Vice President - Legal
   iQor US Inc./Allied Interstate LLC/RMS (an iQor Corp)
13 335 Madison Ave, 27th Fl
14 New York, NY 10017

15

16 By: s/Todd M. Friedman
        Todd M. Friedman
17